UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN L. BENNETT,

    Petitioner,

v.

STATE OF WASHINGTON

    Respondent.

Case No. C09-5027BHS/JKA

ORDER DENYING PETITIONER'S MOTION FOR AN EVIDENTIARY HEARING

This habeas corpus petition has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrate Judges' Rules MJR 3 and MJR 4. Petitioner seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254. (Dkt. # 1).

The court has ordered petitioner to amend the petition or file a motion to change the caption to name a proper respondent (Dkt. # 4). Petitioner has filed a motion for an evidentiary hearing (Dkt. # 3). Petitioner has not shown a hearing is needed. Further, the court does not currently have in personal jurisdiction over a respondent. The motion is **DENIED**.

The clerk is ordered to send copies of this order to the petitioner.

DATED this 2 day of March, 2009.

                            /S/ *J. Kelley Arnold*
                            J. Kelley Arnold
                            United States Magistrate Judge

ORDER