AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF WASHINGTON

JOHN L. BENNETT

v.

WARDEN WENGLER

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5027BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court **OVERRULES** Petitioner's Objections (Dkt. 20);

2. The Court **ADOPTS** the Report and Recommendation (Dkt. 18); and

3. The Petition for Writ of Habeas Corpus (Dkt. 1) is **DISMISSED.**

| August 14, 2009 | BRUCE RIFKIN |
| --- | --- |
| | Clerk |
| | /s/ Jennie L. Patton |
| | By, Deputy Clerk |